Reversed and Remanded and Opinion filed June 16, 2005









Reversed and Remanded and Opinion filed June 16, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00344-CV

____________

 

SHIRLEY MATTSON,
Appellant

 

V.

 

LUBY=S, INC., Appellee

 



 

On Appeal from the 151st District
Court

Harris County, Texas

Trial Court Cause No.
03-57820

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed on December 16, 2004.

On June 6, 2005,  the parties filed a joint motion to
reverse the judgment and remand the cause to the trial court.  See Tex. R. App. P. 42.1. 
The motion is granted.

Accordingly, the judgment is reversed and the cause remanded
to the trial court.

PER CURIAM

Judgment rendered and Opinion
filed June 16, 2005.

Panel consists of Justices Yates,
Anderson, and Hudson.